IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTHER KURCZYN FIROVA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:20-CV-02302 |
| UBER TECHNOLOGIES, INC, et al., | * | |
| Defendants. | * | |

\*       \*       \*       \*       \*       \*       \*

## CROSS-CLAIM

Defendant/Cross-Plaintiff, TROY DELANTE MCCULLOUGH (hereinafter referred to as "Cross-Plaintiff"), by and through undersigned counsel, hereby files this Cross-Claim against Defendants/Cross-Defendants, SEAN PATRICK CUMMINGS and STEPHANIE MARIE CUMMINGS (hereinafter referred to as "Cross-Defendants"), and states:

### COUNT ONE

1. Plaintiff's Complaint alleges one (1) count of negligence against Cross-Defendants, one (1) count of negligent entrustment against Cross-Defendant, Sean Patrick Cummings, and one (1) count of negligence against Cross-Plaintiff, asserting that the named Defendants are liable for Plaintiff's claimed injuries and damages.[1]

2. Cross-Plaintiff expressly denies liability.

---

[1] Plaintiff's Complaint also asserts one (1) count of vicarious liability against Defendant, Uber Technologies, Inc., which is not relevant for purposes of Defendant McCullough's Cross-Claim against the Cummings Defendants/Cross-Plaintiffs.

3. Cross-Plaintiff contends that the alleged occurrence was caused solely due to the negligence of the Cross-Defendants with no negligence on the part of the Cross-Plaintiff contributing thereto.

4. If it should be found at the trial of this matter that the Cross-Plaintiff is liable to the Plaintiff, which liability is expressly denied, then the Cross-Defendant(s) is/are liable to the Cross-Plaintiff for the entire amount of damages recovered against the Cross-Plaintiff because the negligence, recklessness and acts and omissions of the Cross-Defendant(s) were the independent, active, primary and superseding or intervening causes of the Plaintiff's injuries, and any negligent acts or omissions of the Cross-Plaintiff, which are expressly denied, were passive and secondary only.

WHEREFORE, Cross-Plaintiff, Troy Delante McCullough, demands that he be indemnified by the Cross-Defendants, Sean Patrick Cummings and/or Stephanie Marie Cummings, for the entire amount of any verdict awarded to the Plaintiff.

## COUNT TWO

5. Cross-Plaintiff expressly re-alleges and incorporates by reference all facts and allegations contained in paragraphs 1 through 4 as if fully set forth herein.

6. If the Cross-Plaintiff is liable to the Plaintiff for damages as alleged in the Complaint, which liability is expressly denied, the Cross-Defendant(s) is/are liable for such damages and the Cross-Plaintiff is then entitled to contribution from the Cross-Defendant(s) for a contributive share of any sum which may be adjudged, due and owing.

WHEREFORE, Cross-Plaintiff, Troy Delante McCullough, claims contribution from Cross-Defendants, Sean Patrick Cummings and/or Stephanie Marie Cummings, for a contributive share of any sum which may be adjudged, due and owing.

        Respectfully Submitted,

        */s/ Jennifer H. Fitzgerald*

        Jennifer H. Fitzgerald (#1034726)

        */s/ Diana Kobrin*

        Diana Kobrin (#105148)
        The Law Offices of Frank F. Daily, P. A.
        11350 McCormick Road
        Executive Plaza III, Suite 704
        Hunt Valley, MD  21031
        (410) 584-9443; Fax: (410) 584-9619
        JFitzgerald@FrankDailyLaw.com
        DKobrin@FrankDailyLaw.com
        *Attorneys for Defendant,*
        *Troy Delante McCullough*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 15th day of October , 2020, a copy of Defendant, Troy Delante McCullough's, Cross-Claim, was e-filed and served via CM/ECF upon:

Daniel A. Brown, Esquire  
Brown Kiely LLP  
4915 Saint Elmo Avenue, Suite 510  
Bethesda, MD 20814  

Matthew E. Keily, Esquire  
Brown Kiely LLP  
479 Jumpers Hole Road, Suite 103  
Severna Park, MD 21146  

Gene S. Hagood, Esquire  
Ryan King, Esquire  
Law Offices of Gene S. Hagood  
1520 East Highway 6  
Alvin, TX 77511  
*Counsel for Plaintiff*

Eric P. Burns, Esquire  
Wilson Elser Moskowitz Edelman  
  & Dicker, LLP  
8444 Westpark Drive, Suite 510  
McLean, VA 22102  
*Counsel for Defendant, Uber Technologies, Inc.*

Robert B. Hetherington, Esquire  
McCarthy Wilson, LLP  
2200 Research Blvd., Suite 500  
Rockville, MD 20850  
*Counsel for Defendants, Sean Cummings and Stephanie Cummings*

          */s/ Jennifer H. Fitzgerald*

          Jennifer H. Fitzgerald (#1034726)